UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

John J. Henry, III,

    Debtor.

BK 08-46020

---

Habbo G. Fokkena, United States Trustee,

    Plaintiff,

vs.

John J. Henry, III,

    Defendant.

Adv. No. 11-04148

---

### AFFIDAVIT OF SERVICE

The undersigned hereby certifies under penalty of perjury that she is an employee in the Office of the United States Trustee for the District of Minnesota and is a person of such age and discretion as to be competent to serve papers. That on May 25, 2011, she served a copy of the attached: **SUMMONS AND COMPLAINT**, by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail/CM/ECF at Minneapolis, Minnesota.

Addressee(s):

John J. Henry, III
26515 Arbor Creek Lane
Shorewood, MN 55331

Randall L. Seaver
rlseaver@fullerseaverramette.com

Subscribed and sworn to before
me the 25th day of
May, 2011

_____
Notary Public

[Notary stamp: SARAH J. WENCIL, NOTARY PUBLIC-MINNESOTA, My Commission Expires January 31, 2016]

By: _____
Audrey Williams
Office of the United States Trustee